IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RANDY FORREST                                                                                           PLAINTIFF

v.                                        CASE NO. 2:20-CV-00141-BSM

UNITED STATES OF AMERICA                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE